```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA            :
                                    :      SUPERSEDING INFORMATION
            v.                      :
                                    :      S1 25 Cr. 297 (CS)
OSCAR MATA LEMUS,                   :
                                    :
            Defendant.              :
------------------------------------x
```

### COUNT ONE
(Enticement of a Child)

The United States Attorney charges:

1. From at least on or about April 20, 2024 up to and including April 23, 2024, in the Southern District of New York and elsewhere, OSCAR MATA LEMUS, the defendant, knowingly, using a facility and means of interstate and foreign commerce, persuaded, induced, enticed, and coerced an individual who had not attained the age of 18 years to engage in prostitution and sexual activity for which a person can be charged with a criminal offense, to wit, MATA LEMUS, the defendant, via communications on social media, persuaded a 14-year-old minor ("Victim-1") to meet him in Rockland County, New York in order to engage in sexual activity in violation of New York Penal Law, including New York Penal Law Section 130.30.

(Title 18, United States Code, Sections 2422(b).)

### COUNT TWO
(Enticement of a Child)

The United States Attorney further charges:

2. On or about March 16, 2024, in the Southern District of New York and elsewhere, OSCAR MATA LEMUS, the defendant, knowingly, using a facility and means of

interstate and foreign commerce, persuaded, induced, enticed, and coerced an individual who had not attained the age of 18 years to engage in prostitution and sexual activity for which a person can be charged with a criminal offense, to wit, MATA LEMUS, while in the Bronx, New York, engaged in sexual activity with a 14-year-old minor ("Victim-2") and video-recorded the sexual activity using a cellphone.

(Title 18, United States Code, Sections 2422(b) and 2427.)

## COUNT THREE
(Enticement of a Child)

The United States Attorney further charges:

3. On or about August 20, 2023, in the Southern District of New York and elsewhere, OSCAR MATA LEMUS, the defendant, knowingly, using a facility and means of interstate and foreign commerce, persuaded, induced, enticed, and coerced an individual who had not attained the age of 18 years to engage in prostitution and sexual activity for which a person can be charged with a criminal offense, to wit, MATA LEMUS, the defendant, persuaded a 16-year-old minor ("Victim-3") in Mississippi to engage in sexual activity during a live video chat with MATA LEMUS.

(Title 18, United States Code, Sections 2422(b) and 2427.)

## FORFEITURE ALLEGATION

4. As a result of committing the offenses alleged in Count One, Two and Three of this Information, OSCAR MATA LEMUS, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2428, any and all property, real and personal, constituting or derived from proceeds obtained, directly or indirectly, as a result of said offenses; and any and all property, real or personal, that was used or intended to be used to commit or facilitate the commission of said offenses, including but not limited to a sum of

money in United States currency representing the amount of proceeds traceable to the commission of said offenses and the following specific property:

    a. Silver Apple Mac Book Air, Model Number A1932, Serial Number FVFZ6GVXLYWG;

    b. Black Apple iPhone X, Model Number D22AP, Serial Number DNRVT7NDJCLF;

    c. White Apple iPhone 12, Model number: D53gAP, Serial Number FFMKDLAN0DXQ

### Substitute Assets Provision

5. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a) cannot be located upon the exercise of due diligence;

    b) has been transferred or sold to, or deposited with, a third person;

    c) has been placed beyond the jurisdiction of the Court;

    d) has been substantially diminished in value; or

    e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), and

Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Sections 2428;
Title 21, United States Code, Section 853; and
Title 28, United States Code, Section 2461.)

_____
JAY CLAYTON
United States Attorney